Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−19125−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jennifer Wilson
    117 John E Busch Avenue
    Somerset, NJ 08873

Social Security No.:
    xxx−xx−6960

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            1/17/24
Time:            08:30 AM
Location:        Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 14, 2023
JAN: lc

                                           Jeanne Naughton
                                           Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 23-19125-RG
Jennifer Wilson   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 2
Date Rcvd: Nov 14, 2023   Form ID: 132   Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jennifer Wilson, 117 John E Busch Avenue, Somerset, NJ 08873-1565 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 14 2023 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 14 2023 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520053533 | + Email/Text: creditcardbkcorrespondence@bofa.com | Nov 14 2023 20:48:00 | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 |
| 520053534 | + Email/Text: BarclaysBankDelaware@tsico.com | Nov 14 2023 20:49:00 | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON DE 19899-8803 |
| 520053535 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2023 20:49:00 | COMENITY BANKNWYRK, PO BOX 182789, COLUMBUS OH 43218-2789 |
| 520053536 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2023 20:49:00 | COMENITYBANKJUSTICE, PO BOX 182789, COLUMBUS OH 43218-2789 |
| 520053537 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2023 20:49:00 | COMENITYCAPITALULTA, PO BOX 182120, COLUMBUS OH 43218-2120 |
| 520053538 | Email/Text: mail@jjenkinslawgroup.com | Nov 14 2023 20:49:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 520053539 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 14 2023 21:12:56 | JPMCB CARD SERVICE, PO BOX 15369, WILMINGTON DE 19850 |
| 520053540 | Email/Text: PBNCNotifications@peritusservices.com | Nov 14 2023 20:48:00 | KOHLSCAPITAL ONE, N56 RIDGEWOOD DR, MENOMONEE FAL WI 53051 |
| 520053541 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2023 21:13:17 | MACYSCITIBANK NA, PO BOX 8218, MASON OH 45040-8218 |
| 520053542 | + Email/Text: bankruptcyteam@quickenloans.com | Nov 14 2023 20:49:00 | ROCKET MORTGAGE LLC, 1050 WOODWARD AVE, DETROIT MI 48226-3573 |
| 520076379 | + Email/Text: bankruptcyteam@quickenloans.com | Nov 14 2023 20:49:00 | Rocket Mortgage, LLC F/K/A Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 520053543 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 20:58:48 | SYNCBAMAZON PLCC, PO BOX 965015, ORLANDO FL 32896-5015 |
| 520053544 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 14 2023 21:13:08 | SYNCBCARE CREDIT, CO PO BOX 965036, Orlando FL 32896-5036 |
| 520053545 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 21:13:05 | SYNCBGAP, 4125 WINDWARD PLAZA, ALPHARETTA GA 30005-8738 |
| 520053546 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 20:58:47 | SYNCBOLD NAVY, PO BOX 965005, ORLANDO FL 32896-5005 |
| 520057089 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 14 2023 20:58:59 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520053547 | ##+ | SYNCBPANDORA, 950 FORRER BLVD, KETTERING OH 45420-1469 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2023         Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Jennifer Wilson mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4