UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By:  Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Secured Creditor: Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc

In Re:
Jennifer Wilson
        Debtor

Case No:    23-19125 RG

Chapter:    13

Hearing Date: 1/17/2024

Judge:    Rosemary Gambardella

**CERTIFICATION OF SERVICE**

1. I, Lauren Yates-Murray:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for _____, who represents the Secured Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On November 28, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Objection to Confirmation of Plan
    - Filed Proof of Claim
    - Debtor's Chapter 13 Plan
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 28, 2023                    /S/Lauren Yates-Murray

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Jennifer Wilson<br>117 John E Busch Avenue<br>Somerset, NJ 08873 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Jeffrey E. Jenkins, Esq.<br>Jenkins Law Group<br>412 White Horse Pike<br>Audubon, NJ 08106 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg, Trustee<br>30 Two Bridges Road; Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |