JEFFREY E. JENKINS
JENKINS & CLAYMAN
412 WHITE HORSE PIKE
AUDUBON, NJ  08106

Re:  JENNIFER WILSON
     117 JOHN E BUSCH AVENUE
     SOMERSET,  NJ  08873

Atty:  JEFFREY E. JENKINS
       JENKINS & CLAYMAN
       412 WHITE HORSE PIKE
       AUDUBON, NJ  08106

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 23-19125

## RECEIPTS AS OF 01/01/2024      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 11/27/2023 | $858.00 | | 12/07/2023 | $858.00 | |

**Total Receipts:  $1,716.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $1,716.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 205.92 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 6,696.36 | 0.00% | 0.00 | 0.00 |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,275.57 | 0.00% | 0.00 | 0.00 |
| 0003 | COMENITY BANKNWYRK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | COMENITYBANKJUSTICE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | COMENITYCAPITALULTA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | JPMCB CARD SERVICE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | KOHLSCAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | MACYSCITIBANK NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | ROCKET MORTGAGE LLC | (NEW) Prepetition / | 46,828.58 | 0.00% | 0.00 | 0.00 |
| 0011 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 126.82 | 0.00% | 0.00 | 0.00 |
| 0012 | SYNCBCARE CREDIT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | SYNCBGAP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | SYNCBOLD NAVY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | SYNCBPANDORA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition / | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | MACYSCITIBANK NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 23-19125**

**Total Paid:  $205.92**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $1,716.00          -     Paid to Claims: $0.00          -     Admin Costs Paid: $205.92     =     Funds on Hand: $2,368.08

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.