Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−19125−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer Wilson
   117 John E Busch Avenue
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−6960

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/13/23 and a confirmation hearing on such Plan has been scheduled for 1/17/24.

The debtor filed a Modified Plan on 2/2/24 and a confirmation hearing on the Modified Plan is scheduled for 3/6/24 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.


Dated: February 6, 2024
JAN: mlc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jennifer Wilson  
    Debtor

Case No. 23-19125-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Feb 06, 2024     Form ID: 186     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Wilson, 117 John E Busch Avenue, Somerset, NJ 08873-1565 |
| 520053547 | + | SYNCBPANDORA, 950 FORRER BLVD, KETTERING OH 45420-1469 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 06 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 06 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520053533 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 06 2024 20:45:00 | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 |
| 520053534 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 06 2024 20:46:00 | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON DE 19899-8803 |
| 520118408 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 06 2024 20:45:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520053535 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2024 20:46:00 | COMENITY BANKNWYRK, PO BOX 182789, COLUMBUS OH 43218-2789 |
| 520053536 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2024 20:46:00 | COMENITYBANKJUSTICE, PO BOX 182789, COLUMBUS OH 43218-2789 |
| 520053537 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2024 20:46:00 | COMENITYCAPITALULTA, PO BOX 182120, COLUMBUS OH 43218-2120 |
| 520053538 | | Email/Text: mail@jjenkinslawgroup.com | Feb 06 2024 20:46:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 520053539 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 06 2024 21:00:01 | JPMCB CARD SERVICE, PO BOX 15369, WILMINGTON DE 19850 |
| 520053540 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 06 2024 20:45:00 | KOHLSCAPITAL ONE, N56 RIDGEWOOD DR, MENOMONEE FAL WI 53051 |
| 520053541 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2024 21:10:40 | MACYSCITIBANK NA, PO BOX 8218, MASON OH 45040-8218 |
| 520116207 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2024 21:21:15 | Portfolio Recovery Associates, LLC, c/o Carnival, POB 41067, Norfolk VA 23541 |
| 520053542 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 06 2024 20:46:00 | ROCKET MORTGAGE LLC, 1050 WOODWARD AVE, DETROIT MI 48226-3573 |
| 520076379 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 06 2024 20:46:00 | Rocket Mortgage, LLC F/K/A Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: 186 | Total Noticed: 23 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 48226-3408 |
| 520053543 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:07 | SYNCBAMAZON PLCC, PO BOX 965015, ORLANDO FL 32896-5015 |
| 520053544 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 21:10:47 | SYNCBCARE CREDIT, CO PO BOX 965036, Orlando FL 32896-5036 |
| 520053545 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:07 | SYNCBGAP, 4125 WINDWARD PLAZA, ALPHARETTA GA 30005-8738 |
| 520053546 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 21:00:05 | SYNCBOLD NAVY, PO BOX 965005, ORLANDO FL 32896-5005 |
| 520120190 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 06 2024 20:59:35 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520057089 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 06 2024 21:10:40 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520153807 | *P++ | US DEPT OF HOUSING AND URBAN DEVELOPMENT REG II, OFFICE OF GENERAL COUNSEL, 26 FEDERAL PLAZA ROOM 3500, NEW YORK NY 10278-0068, address filed with court:, U.S. Department of Housing and Urban Development, 26 Federal Plaza Suite 3541, New York, NY 10278 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Jennifer Wilson mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Feb 06, 2024 | Form ID: 186 | Total Noticed: 23 |

TOTAL: 4