Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−19125−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer Wilson
   117 John E Busch Avenue
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−6960

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/8/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 8, 2024
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-19125-RG
Jennifer Wilson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Mar 08, 2024  Form ID: 148  Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Wilson, 117 John E Busch Avenue, Somerset, NJ 08873-1565 |
| 520053547 | + | SYNCBPANDORA, 950 FORRER BLVD, KETTERING OH 45420-1469 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 08 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 08 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520053533 | + | EDI: BANKAMER | Mar 09 2024 01:39:00 | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 |
| 520053534 | + | EDI: TSYS2 | Mar 09 2024 01:39:00 | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON DE 19899-8803 |
| 520118408 | | EDI: BANKAMER | Mar 09 2024 01:39:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520053535 | + | EDI: WFNNB.COM | Mar 09 2024 01:39:00 | COMENITY BANKNWYRK, PO BOX 182789, COLUMBUS OH 43218-2789 |
| 520053536 | + | EDI: WFNNB.COM | Mar 09 2024 01:39:00 | COMENITYBANKJUSTICE, PO BOX 182789, COLUMBUS OH 43218-2789 |
| 520053537 | + | EDI: WFNNB.COM | Mar 09 2024 01:39:00 | COMENITYCAPITALULTA, PO BOX 182120, COLUMBUS OH 43218-2120 |
| 520053538 | | Email/Text: mail@jjenkinslawgroup.com | Mar 08 2024 20:53:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 520053539 | | EDI: JPMORGANCHASE | Mar 09 2024 01:39:00 | JPMCB CARD SERVICE, PO BOX 15369, WILMINGTON DE 19850 |
| 520053540 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 08 2024 20:53:00 | KOHLSCAPITAL ONE, N56 RIDGEWOOD DR, MENOMONEE FAL WI 53051 |
| 520053541 | + | EDI: CITICORP | Mar 09 2024 01:39:00 | MACYSCITIBANK NA, PO BOX 8218, MASON OH 45040-8218 |
| 520116207 | | EDI: PRA.COM | Mar 09 2024 01:39:00 | Portfolio Recovery Associates, LLC, c/o Carnival, POB 41067, Norfolk VA 23541 |
| 520053542 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 08 2024 20:54:00 | ROCKET MORTGAGE LLC, 1050 WOODWARD AVE, DETROIT MI 48226-3573 |
| 520155878 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 08 2024 20:54:00 | Rocket Mortgage, c/o Kristina G. Murtha KML Law Group, 1050 Woodward Ave., Detroit, MI |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 08, 2024 | Form ID: 148 | Total Noticed: 24 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 48226-3573 |
| 520076379 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 08 2024 20:54:00 | Rocket Mortgage, LLC F/K/A Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 520053543 | + | EDI: SYNC | Mar 09 2024 01:39:00 | SYNCBAMAZON PLCC, PO BOX 965015, ORLANDO FL 32896-5015 |
| 520053544 | + | EDI: SYNC | Mar 09 2024 01:39:00 | SYNCBCARE CREDIT, CO PO BOX 965036, Orlando FL 32896-5036 |
| 520053545 | + | EDI: SYNC | Mar 09 2024 01:39:00 | SYNCBGAP, 4125 WINDWARD PLAZA, ALPHARETTA GA 30005-8738 |
| 520053546 | + | EDI: SYNC | Mar 09 2024 01:39:00 | SYNCBOLD NAVY, PO BOX 965005, ORLANDO FL 32896-5005 |
| 520120190 | + | EDI: AIS.COM | Mar 09 2024 01:39:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520057089 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 08 2024 21:03:54 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520153807 | *P++ | US DEPT OF HOUSING AND URBAN DEVELOPMENT REG II, OFFICE OF GENERAL COUNSEL, 26 FEDERAL PLAZA ROOM 3500, NEW YORK NY 10278-0068, address filed with court:, U.S. Department of Housing and Urban Development, 26 Federal Plaza Suite 3541, New York, NY 10278 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Jennifer Wilson mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 08, 2024 | Form ID: 148 | Total Noticed: 24 |

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4